**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DERRICK D. OWENS                                                                                    PLAINTIFF

v.                                          No. 2:12CV00027 JLH

CROP PRODUCTION SERVICES, INC.                                                      DEFENDANT

**ORDER**

The plaintiff filed his complaint against Crop Production Services. Pursuant to the corporate disclosure statement filed by the defendant, the Clerk of Court is directed to correct the style of this case to show that "Crop Production Services, Inc.," is the correct party defendant.

IT IS SO ORDERED this 7th day of March, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE