IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DERRICK D. OWENS                                                                                           PLAINTIFF

v.                                            No. 2:12CV00027 JLH

CROP PRODUCTION SERVICES, INC.                                                            DEFENDANT

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Crop Production Services, Inc., on the claims of Derrick D. Owens. The complaint of Derrick D. Owens is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of April, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE